# EXHIBIT A

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to/from Cody Neer

**Source:** QuickBooks, Heartland Bank 5912 & PNC Bank 9798.

| Bank Account | GL Date | Statement Clearing Date | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|
| HB 5912 | 08/27/18 | 08/29/18 | Neer, Cody | $ - | $ 20,000.00 |
| HB 5912 | 08/31/18 | 08/31/18 | Neer, Cody | - | 150,000.00 |
| Bill.com | 09/11/18 | | Neer, Cody | - | 383.50 |
| HB 5912 | 09/13/18 | 09/13/18 | Neer, Cody | - | 50,000.00 |
| HB 5912 | 09/13/18 | 09/13/18 | Neer, Cody | - | 20,000.00 |
| HB 5912 | 09/13/18 | 09/13/18 | Neer, Cody | - | 12,000.00 |
| HB 5912 | 09/19/18 | 09/19/18 | Neer, Cody | - | 9,500.00 |
| HB 5912 | 09/19/18 | 09/19/18 | Neer, Cody | - | 23,000.00 |
| HB 5912 | 09/19/18 | 09/19/18 | Neer, Cody | - | 52,000.00 |
| HB 5912 | 09/19/18 | 09/19/18 | Neer, Cody | - | 65,000.00 |
| HB 5912 | 09/27/18 | 09/28/18 | Neer, Cody | - | 150,000.00 |
| PNC 9798 | 10/04/18 | 10/03/18 | Neer, Cody | - | 200,000.00 |
| PNC 9798 | 10/26/18 | 10/29/18 | Neer, Cody | - | 150,000.00 |
| PNC 9798 | 10/29/18 | 10/30/18 | Neer, Cody | - | 200,000.00 |
| PNC 9798 | | 11/15/18 | Neer, Cody | - | 64,500.00 |
| PNC 9798 | | 11/27/18 | Neer, Cody | - | 22,500.00 |
| PNC 9798 | 11/27/18 | 11/28/18 | Neer, Cody | - | 150,000.00 |
| PNC 9798 | 12/03/18 | 12/04/18 | Neer, Cody | - | 200,000.00 |
| PNC 9798 | 01/04/19 | 01/07/19 | Neer, Cody | - | 200,000.00 |
| PNC 9798 | | 01/28/19 | Neer, Cody | - | 60,000.00 |
| PNC 9798 | 02/20/19 | 02/20/19 | Neer, Cody | - | 200,000.00 |
| PNC 9798 | 04/30/19 | 05/01/19 | Neer, Cody | - | 80,000.00 |
| PNC 9798 | 06/03/19 | 06/04/19 | Neer, Cody | - | 80,000.00 |
| PNC 9798 | 07/02/19 | 07/03/19 | Neer, Cody | - | 20,000.00 |
| PNC 9798 | 07/16/19 | 07/16/19 | Neer, Cody | - | 20,000.00 |
| PNC 9798 | 07/23/19 | 07/23/19 | Neer, Cody | - | 12,000.00 |
| PNC 9798 | 07/23/19 | 07/24/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | 08/05/19 | 08/05/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | 08/22/19 | 08/23/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | 09/10/19 | 09/11/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | 09/23/19 | 09/24/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | 10/17/19 | 10/18/19 | Neer, Cody | - | 40,000.00 |
| PNC 9798 | | 12/02/19 | Neer, Cody | - | 416.81 |
| PNC 9798 | | 12/02/19 | Neer, Cody | - | 294.13 |
| PNC 9798 | | 12/02/19 | Neer, Cody | 131.10 | - |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to/from Cody Neer

**Source:** QuickBooks, Heartland Bank 5912 & PNC Bank 9798.

| Bank Account | GL Date | Statement Clearing Date | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|
| PNC 9798 | | 12/02/19 | Neer, Cody | 80.63 | - |
| PNC 9798 | | 12/02/19 | Neer, Cody | 74.04 | - |
| PNC 9798 | | 12/04/19 | Neer, Cody | 59.88 | - |
| PNC 9798 | | 12/16/19 | Neer, Cody | 2,071.79 | - |
| | | | | $ 2,417.44 | $ 2,451,594.44 |