## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:21-CV-1999WFJ-TGW

Plaintiff:
**Melanie E. Damian, as Receiver of Today's Growth Consultan, Inc. (dba The Income Store)**

vs.

Defendant:
**Cody Neer**

For:
Kenneth Dante Murena
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Received by DLE Process Servers, Inc on the 23rd day of August, 2021 at 5:00 pm to be served on **Cody Neer, 2590 Lake Manor Dr., Land O Lakes, FL 34639** .

I, RONALD L. FLETCHER, do hereby affirm that on the **13th day of September, 2021** at **12:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint, and Exhibits** with the date and hour of service endorsed thereon by me, to:  **Cody Neer** at the address of: **2590 Lake Manor Dr., Land O Lakes, FL 34639**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 35+, Sex: M, Race/Skin Color: WHITE, Height: 6'3'', Weight: 230, Hair: DARK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.
NO NOTARY REQUIRED PRUSUANT TO F.S. 92.525(2).

**RONALD L. FLETCHER**
P.P.S. # 9007

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2021035941

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

