UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE)
    Plaintiff,

v.                                      CASE NO. 8:21-cv-01999

CODY NEER,
    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Federal Rules of Civil Procedure, Rule 7.1 and this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   A. Melanie E. Damian, Plaintiff
   B. Allison Jade Leonard, Esquire, Counsel for the Plaintiff
   C. Kenneth Dante Murena, Esquire, Counsel for the Plaintiff
   D. Damian & Valori, LLLP, Counsel for the Plaintiff
       a. 1000 Brickell Ave, Suite 1020, Miami, FL 33131
       b. 305-371-3960
       c. aleonard@avllp.com/kmurena@dvllp.com
   E. Cody Neer, Defendant

    F. Stanley W. Plappert, Counsel for the Defendant
    G. The Florida Legal Advocacy Group, P.A. Counsel for the Defendant
        a. 445 NE 8th Avenue, Ocala, FL 34470
        b. (352) 732-8030
        c. swp@thefloridalegaladvoacygroup.com

2. Each entity with publicly traded shares or debt potentially affected by the outcome:
    None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:
    None.

4. Each person arguably eligible for restitution:
    Cody Neer

5. If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:
    None.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the above-styled Court on this 1st day of March, 2022, using the

Florida Courts e-Filing Portal which will send a notice of electronic filing to the following: Allison Jade Leonard and Kenneth Dante Murena, Damian & Valori, LLLP, at aleonard@avllp.com and kmurena@dvllp.com.

*/s/ Stanley W. Plappert*
Stanley W. Plappert, Esquire
The Florida Legal Advocacy Group, P.A.
Attorney for Defendant
445 N.E. 8th Avenue
Ocala, FL 34470
Florida Bar No. 76603
352-732-8030 telephone
888-399-3129 facsimile
swp@thefloridalegaladvocacygroup.com
