UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE)
    Plaintiff,                                          Case No.: 8:21-cv-01999
v.

CODY NEER,
    Defendant,
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that Mediation has been scheduled before Stephen D. Spivey, Esquire for Wednesday, April 6, 2022; beginning at 1:00 p.m. Mediation will be conducted remotely via Zoom. Mr. Spivey will provide the Zoom link.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail on this 9th day of March, 2022 to the following:

Allison J. Leonard, Esquire
aleonard@avllp.com

Kenneth D. Murena, Esquire
kmurena@dvllp.com

                                                ***/s/ Stanley W. Plappert***
                                                Stanley W. Plappert, Esquire
                                                The Florida Legal Advocacy Group, P.A.
                                                Attorney for Defendant
                                                445 NE 8th Ave.
                                                Ocala, FL 34470
                                                Florida Bar No. 76603
                                                352-732-8030 telephone
                                                888-399-3129 facsimile
                                                swp@thefloridalegaladvocacygroup.com